**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF FLORIDA**

**CASE NO. 25-CR-14043-CANNON**

**UNITED STATES OF AMERICA**

     Plaintiff,

**vs.**

**CAO YUAN LIU and**
**LINGHAN CHEN,**

     Defendants.

_____/

## UNITED STATES' NOTICE OF REASSIGNMENT

Undersigned counsel hereby files this Notice of Reassignment as counsel of record for the United States of America in this cause.  The prior counsel for the United States, AUSA Carmen M. Lineberger, is no longer counsel of record for the United States in this matter.

       Respectfully submitted,

       JASON A. REDING QUIÑONES
       UNITED STATES ATTORNEY

    By: */s/ Jessica Kahn Obenauf*
      **JESSICA KAHN OBENAUF**
      Assistant United States Attorney
      Florida Bar No.: 52716
      101 S. US Hwy 1, Suite 3100
      Fort Pierce, Florida 34950
      Tel: (772) 466-0899
      Jessica.Obenauf@usdoj.gov

1